USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/13/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                :

UNITED STATES OF AMERICA

                                :    **ORDER**

   -v-

                                :    S1 24 Cr. 269 (AT)

KENDELL JONES,
PETER SHOWERS, and                     :
NASIAHA MALDONADO

                                :

               Defendants.
- - - - - - - - - - - - - - - - - - x

      Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Brandon D. Harper;

      It is found that the Indictment in the above-captioned action, S1 24 Cr. 269, is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and it is therefore

      ORDERED that the Indictment, S1 24 Cr. 269, in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:    May 13, 2024
           New York, New York

                                              _____
                                              THE HONORABLE ANALISA TORRES
                                              UNITED STATES DISTRICT JUDGE