UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

KENDELL JONES, PETER SHOWERS, and
NASIAHA MALDONADO,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/17/2024

24 Cr. 269 (AT)

**ORDER**

ANALISA TORRES, District Judge:

An initial conference in this matter shall be scheduled for **July 3, 2024**, at **3:30 p.m.** in **Courtroom 26B** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: May 17, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge