UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

        -against-

KENDELL JONES, PETER SHOWERS, and
NASIAHA MALDONADO,

                      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/02/2024

24 Cr. 269 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The initial conference currently scheduled for July 3, 2024, is ADJOURNED to **July 30, 2024**, at **11:30 a.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: July 2, 2024
       New York, New York

                                          ANALISA TORRES
                                       United States District Judge