UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

KENDELL JONES, PETER SHOWERS, and
NASIAHA MALDONADO,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/18/2024

24 Cr. 269 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The initial conference in this matter currently scheduled for July 30, 2024, is ADJOURNED to August 27, 2024, at **11:00 a.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

By **August 15, 2024**, the parties shall file a joint letter updating the Court on the status of discovery and any discussions regarding a pretrial disposition.  If Defendants intend to file motions, the parties shall also file a proposed motion schedule by **August 15, 2024**.

Time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), through **August 27, 2024**, as the ends of justice served by excluding such time outweigh the interests of the public and Defendants in a speedy trial because this will allow time for Defendants to review discovery, contemplate pretrial motions, and engage in pretrial disposition discussions.

The Clerk of Court is respectfully directed to terminate the motions at ECF No. 26 and 27.

SO ORDERED.

Dated: July 18, 2024
          New York, New York

_____
        ANALISA TORRES
     United States District Judge