UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

KENDELL JONES, PETER SHOWERS, and
NASIAHA MALDONADO,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/22/2024

24 Cr. 269 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The initial conference in this matter currently scheduled for August 27, 2024, is RESCHEDULED to **August 26, 2024**, at **11:00 a.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

The parties are reminded that by **August 15, 2024**, they shall file a joint letter updating the Court on the status of discovery and any discussions regarding a pretrial disposition.  If Defendants intend to file motions, the parties shall also file a proposed motion schedule by **August 15, 2024**.

Time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), through **August 26, 2024**, as the ends of justice served by excluding such time outweigh the interests of the public and Defendants in a speedy trial because this will allow time for Defendants to review discovery, contemplate pretrial motions, and engage in pretrial disposition discussions.

SO ORDERED.

Dated: July 22, 2024
New York, New York

_____
ANALISA TORRES
United States District Judge