```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _09/16/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

KENDELL JONES, PETER SHOWERS, and
NASIAHA MALDONADO,

                             Defendants.

24 Cr. 269 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The initial conference scheduled for September 16, 2024, is ADJOURNED *sine die*. By **September 20, 2024**, the parties shall confer and email the Court their preferred dates and times for an initial conference.

      SO ORDERED.

Dated: September 16, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge