USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/2/2025_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

KENDELL JONES
and NASIAHA MALDONADO,

                Defendants.

24 Cr. 269 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The status conference scheduled for January 6, 2025, is ADJOURNED to **January 21, 2025**, at **10:00 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    Time through January 21, 2025, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), as the ends of justice served by excluding such time outweigh the interests of the public and Defendants in a speedy trial because this will allow time for Defendants to review discovery, consult with counsel, prepare motions, and secure possible pretrial dispositions.

    SO ORDERED.

Dated: January 2, 2025
       New York, New York

                                            ANALISA TORRES
                                   United States District Judge