USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/4/2025_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

NASIAHA MALDONADO,

                Defendant.

24 Cr. 269-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The status conference scheduled for February 10, 2025, is ADJOURNED as to Defendant Nasiaha Maldonado to **February 24, 2025**, at **10:00 a.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    Time through February 24, 2025, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), as the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial because this will allow time for Defendant to review discovery, consult with counsel, and secure a possible pretrial disposition.

    SO ORDERED.

Dated: February 4, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge